THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA ALBANO, TERRENCE BOYD, CLARINDA BYRD, TRAVIS CLEVINGER, TAMMIE GREEN, MAYHUGH HORNE, MELISSA JARAMILLO, KEITH JOHNSON, DAVID KAPLAN, DANIEL KILGO, CURSILA LONGORIA, LUIS RAMOS, ADRIEN RODRIGUEZ, GILBERTO ROMAGNOLO, BRENDA SHALEY, ROBERT SMITH, ROBERT TAYLOR, individually and on behalf of all others similarly situated,

   Plaintiffs,
   vs.

AMAZON.COM, INC., a Delaware corporation, and AMAZON ADVERTISING, LLC, a Delaware limited liability company,

   Defendants.

No. 2:25-cv-00252-BJR

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT

Plaintiffs Maria Albano, Terrence Boyd, Clarinda Byrd, Travis Clevinger, Tammie Green, Mayhugh Horne, Melissa Jaramillo, Keith Johnson, David Kaplan, Daniel Kilgo, Cursila Longoria, Luis Ramos, Adrien Rodriguez, Gilberto Romagnolo, Brenda Shaley, Robert Smith, and Robert Taylor ("Plaintiffs") and defendants Amazon.com, Inc. and Amazon Advertising,

LLC ("Defendants"), by and through their undersigned counsel, hereby respectfully move this Court to enter an Order extending the deadline for Defendants' response to Plaintiffs' Complaint to April 21, 2025, which is the same deadline for Defendants to respond to the complaint in the related matter pending before this Court, *Maxwell v. Amazon.com, Inc.*, Case No. 2:25-cv-00261-BJR. The undersigned certify that the parties met and conferred prior to filing this Motion, per Paragraph C of the Court's Standing Order for All Cases. As set forth below, good cause exists for the parties' requested extension.

1. Plaintiffs filed the Complaint in this matter on February 7, 2025, and served the Complaint on Defendants on February 28, 2025. Thus, Defendants' deadline to respond to the Complaint is March 21, 2025.

2. Defendants recently retained undersigned counsel, and undersigned counsel have begun to investigate the allegations in the Complaint.

3. Given the complexity of the legal claims and factual matters at issue in the Complaint – including the technical features of Amazon's software development kit, the mechanics of Amazon's advertising network, and the online advertising industry at large – Defendants' initial investigation is ongoing and will require an extension of time beyond March 21, 2025 in order for Defendants to adequately respond to the Complaint.

4. Furthermore, the Court is currently presiding over a related case: *Maxwell v. Amazon.com, Inc.*, Case No. 2:25-cv-00261-BJR. The parties anticipate that some level of coordination as between the two cases may be merited, and the requested extension will allow the parties sufficient time to discuss the most efficient way to proceed. Depending on how the parties in the two matters propose to proceed (*e.g.*, by moving for consolidation), Defendants may request an additional extension of time to respond to the complaint(s).

THEREFORE, the parties respectfully request that the Court enter the attached proposed order extending Defendants' deadline to respond to the Complaint to April 21, 2025.

A copy of the proposed order will also be sent via email to chambers.

Respectfully submitted this 14th day of March 2025.

*/s/ Ryan Spear*
Ryan Spear, WSBA No. 39974

*/s/ Nicola Menaldo*
Nicola Menaldo, WSBA No. 44459

*/s/ Erin K. Earl*
Erin K. Earl, WSBA No. 49341

*/s/ Jordan C. Harris*
Jordan C. Harris, WSBA No. 55499

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000
Email: RSpear@perkinscoie.com
Email: NMenaldo@perkinscoie.com
Email: Eearl@perkinscoie.com
Email: JordanHarris@perkinscoie.com

*/s/ Elliott J. Joh*
Elliott J. Joh (*pro hac vice* forthcoming)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050
Email: EJoh@perkinscoie.com

*/s/ Emma K. Roberts*
Emma K. Roberts (*pro hac vice* forthcoming)
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, TX 75201-3347
Phone: 214.965.7700
Fax: 214.965.7799
Email: EmmaRoberts@perkinscoie.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon Advertising LLC*

STIPULATED MOTION TO EXTEND DEADLINE
(No. 2:25-cv-00252-BJR) – 3

*/s/ Thomas E. Loeser*
Thomas E. Loeser, WSBA No. 38701

*/s/ Karin B. Swope*
Karin B. Swope, WSBA No. 24015

*/s/ Jacob M. Alhadeff*
Jacob M. Alhadeff, WSBA No.

**COTCHETT, PITRE & MCCARTHY**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Phone: 206.802.1272
Fax: 206.299.4184
Email: tloeser@cpmlegal.com
Email: kswope@cpmlegal.com
Email: jalhadeff@cpmlegal.com

*Attorneys for Plaintiffs and the Putative Class*

IT IS SO ORDERED.

DATED THIS  17th day of March, 2025.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINE
(No. 2:25-cv-00252-BJR) – 4